**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| KEVIN MITCHELL, on behalf of Plaintiff and the class members described herein, <br><br> Plaintiff, <br><br> v. <br><br> READYSETGO FINANCE; GLOBEX HOLDINGS, LLC; JOHN WESTON KIMBALL; and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:22-cv-01855-JMS-TAB <br><br> Judge Jane Magnus-Stinson <br> Magistrate Judge Tim A. Baker |

**ORDER GRANTING NOTICE OF DISMISSAL**

Before the Court is Plaintiff's Notice of Dismissal. Plaintiff voluntarily dismisses his individual claims against Defendant ReadySetGo Finance, Defendant Globex Holdings, LLC, and Defendant John Weston Kimball with prejudice, with each party to bear their own costs. Plaintiff voluntarily dismisses his individual claims against John Does 1-20 without prejudice, with each party to bear their own costs. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear their own costs [15 & 16].

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's individual claims against Defendant ReadySetGo Finance, Defendant Globex Holdings, LLC, and Defendant John Weston Kimball are dismissed with prejudice, with each party to bear their own costs.

2. Plaintiff's individual claims against John Does 1-20 are dismissed without prejudice, with each party to bear their own costs.

2

3. The claims of the putative classes are dismissed without prejudice, with each party to bear their own costs.

Date: 12/29/2022

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Service of this document will be made electronically
on all ECF-registered counsel of record via email
generated by the Court's CM/ECF system.